No. 529, Misc. GAWNE ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Richard E. Fray* for petitioner Banks. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States.

No. 568, Misc. PEPITONE *v.* CALIFORNIA ET AL. Sup. Ct. Cal. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *Albert W. Harris, Jr.,* Assistant Attorney General, and *Robert R. Granucci,* Deputy Attorney General, for respondents.

No. 575, Misc. JOHNSON *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *Albert W. Harris, Jr.,* Assistant Attorney General, and *Horace Wheatley,* Deputy Attorney General, for respondent.

No. 577, Misc. VASQUEZ *v.* CRAVEN, WARDEN. Sup. Ct. Cal. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, and *Edsel W. Haws* and *Edward W. Bergtholdt,* Deputy Attorneys General, for respondent.

No. 640, Misc. KEARNEY *v.* MACY, CHAIRMAN, U. S. CIVIL SERVICE COMMISSION, ET AL. C. A. 9th Cir. Certiorari denied. *A. L. Wirin, Fred Okrand,* and *Laurence R. Sperber* for petitioner. *Solicitor General Griswold, Assistant Attorney General Ruckelshaus,* and *Robert V. Zener* for respondents.

No. 737, Misc. IGNACIO ET AL. *v.* PEOPLE OF THE TERRITORY OF GUAM. C. A. 9th Cir. Certiorari denied. *Frank G. Lujan,* Attorney General of Guam, and *Gerald J. Smith,* Deputy Attorney General, for respondent. *Solicitor General Griswold* for the United States also in opposition.